KEITH M. WHITE #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

FILED
AUG 18 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Defendant, APEX BUILDING MATERIAL SUPPLY, INC., EMMONS SEBENIUS, JANET K. SEBENIUS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>v.<br><br>APEX BUILDING MATERIAL SUPPLY, INC., EMMONS SEBENIUS, JANET K. SEBENIUS<br><br>    Defendant(s). | NO.   1:16-cv-00779-DAD-EPG<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND DEADLINE FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |

WHEREAS, the responsive pleading of Defendants APEX BUILDING MATERIAL SUPPLY, INC., EMMONS SEBENIUS and JANET K. SEBENIUS ("Defendants"), is currently due on August 15, 2016 as the result of Defendants accepting written Waiver of Service of the Summons;

WHEREAS, the Mandatory Scheduling Conference in this matter is currently set for September 6, 2016 at 9:00 a.m.;

WHEREAS, Plaintiff JOSE ACOSTA ("Plaintiff," and together with Defendants, "the Parties") and Defendants wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings, preparing for and attending the scheduling conference as currently scheduled;

Stipulation to Continue Mandatory Scheduling Conference and Deadline for all Defendants to Respond to Plaintiff's Complaint [Proposed] Order

WHEREAS, the parties wish to conserve the Court's resources and time and not unnecessarily burden the Court with a matter that will likely be informally resolved;

WHEREAS, an inspection of the subject property by a certified California access specialist has taken place and Defendants are in the process of developing a plan for remediation of the access issues identified in that report but, due to various limitations, the remediation plan may require substantial input from consultants as well as creative resolutions, all of which will take some time to explore;

WHEREAS, the parties are cautiously optimistic that once the remediation plan is complete, an informal resolution of Plaintiff's claims will be reached, and thus further use of the Court's resources and time will be unnecessary;

NOW, THEREFORE, Plaintiff JOSE ACOSTA, through his attorney of record, and Defendants APEX BUILDING MATERIAL SUPPLY, INC., EMMONS SEBENIUS and JANET K. SEBENIUS, through their attorney of record, hereby stipulate as follows:

1. That Defendants, APEX BUILDING MATERIAL SUPPLY, INC., EMMONS SEBENIUS and JANET K. SEBENIUS'S time to respond to the Complaint be extended to October 14, 2016 which extension exceeds 28 days from the initial deadline; and

2. That the Mandatory Scheduling Conference that was scheduled by the Court for September 6, 2016 at 9:00 a.m. be continued to a date after November 14, 2016 at the Court's convenience.

Dated: August 17, 2016         COLEMAN & HOROWITT, LLP


                              By:    /s/ Keith M. White
                                   KEITH M. WHITE
                                   Attorneys for Defendants,
                                   APEX BUILDING MATERIAL SUPPLY, INC.,
                                   EMMONS SEBENIUS and JANET K. SEBENIUS

Dated: August 17, 2016         MOORE LAW FIRM, P.C.


                              By:    /s/ Tanya E. Moore
                                   TANYA E. MOORE
                                   Attorney for Plaintiff JOSE ACOSTA

1 | I attest that I obtained the concurrence of the person(s) whose electronic signature is
2 | shown prior to the filing of this document.

3 | Dated: August 17 , 2016     COLEMAN & HOROWITT, LLP

By:    */s/ Keith M. White*
       KEITH M. WHITE
       Attorneys for Defendant,
       APEX BUILDING MATERIAL SUPPLY, INC.,
       EMMONS SEBENIUS and JANET K. SEBENIUS

## ORDER

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendants, APEX BUILDING MATERIAL SUPPLY, INC., EMMONS SEBENIUS and JANET K. SEBENIUS'S deadline to respond to Plaintiff's complaint is extended to October 14, 2016;

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference currently set for September 6, 2016 at 9:00 a.m. is continued to __11/28/16__ at __9:30__ in Courtroom 10 before Magistrate Judge Erica P. Grosjean. The parties are directed to file their joint scheduling report no later than seven (7) days prior to the Scheduling Conference.

**IT IS SO ORDERED.**

Dated: __8/18/16__

UNITED STATES MAGISTRATE JUDGE