1  Tanya E. Moore, SBN 206683
2  Zachary M. Best, SBN 166035
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California  95112
4  Telephone (408) 298-2000
   Facsimile (408) 298-6046
5  Email:  service@moorelawfirm.com

6  Attorneys for Plaintiff
   Jose Acosta

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | JOSE ACOSTA,                              ) No.  1:16-cv-00779-DAD-EPG
12 |                                           )
   |         Plaintiff,                        ) **STIPULATION FOR FURTHER**
13 |                                           ) **CONTINUANCE OF MANDATORY**
   |    vs.                                    ) **SCHEDULING CONFERENCE;**
14 | APEX BUILDING MATERIAL SUPPLY,            ) **ORDER THEREON**
15 | INC., et al.,                             )
   |                                           )
16 |         Defendants.                       )
17 |                                           )
18 |_____)

19    **WHEREAS,** Plaintiff, Jose Acosta ("Plaintiff"), and Defendants, Apex Building
20 Material Supply, Inc.; Emmons Sebenius; and Janet K. Sebenius (collectively "Defendants,"
21 and together with Plaintiff, "the Parties"), previously stipulated to a continuance of the
22 Mandatory Scheduling Conference ("MSC") in this matter (Dkt. 5), and the Court granted the
23 stipulation such that the MSC is now set for November 28, 2016 (Dkt. 6);
24    **WHEREAS,** the Parties have been continuing to engage in settlement discussions, and
25 are optimistic that an informal settlement will be reached, but Defendants require additional
26 time to determine whether they will be able to complete the requested accessibility
27 improvements or in the alternative, will close the subject facility to the public;
28 //

WHEREAS, the Parties desire to fully exhaust settlement efforts before incurring the fees and costs associated with the Scheduling Conference, and to conserve Court resources;

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel, stipulate to a further continuance of the Mandatory Scheduling Conference currently set for November 28, 2016 to a date at the Court's convenience on or after January 17, 2017.

Dated: November 18, 2016               MOORE LAW FIRM, P.C.


                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorneys for Plaintiff,
                                       Jose Acosta


Dated: November 18, 2016               COLEMAN & HOROWITT, LLP


                                       */s/ Keith M. White*
                                       Keith M. White
                                       Attorneys for Defendants,
                                       Apex Building Material Supply, Inc.; Emmons Sebenius; and Janet K. Sebenius

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for November 28, 2016 is continued to February 1, 2017 at 10:00 am, before Magistrate Judge Erica P. Grosjean. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **November 21, 2016**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE